**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA NICHOLAS an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, a business entity form unknown; and DOES 1 through 15,<br><br>Defendants. | Case No.: CV 19-8730-DMG (JEMx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE [14]** |

Pursuant to the parties' stipulation, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: March 10, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1